**FORRESTER v. STATE.   (No. 12786.)**

Court of Criminal Appeals of Texas.   Nov. 20, 1929.

A. B. Haworth, of Comanche, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being five years in the penitentiary.

The record is here without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.